USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/03/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIELLA KIM,

                Plaintiff,

-against-

E3 HOSPITALITY, LLC, et al.,

                Defendants.

25-CV-04636 (MMG)

**ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING**

MARGARET M. GARNETT, United States District Judge:

    Plaintiff Daniella Kim ("Plaintiff") filed this action against Defendants E3 Hospitality, LLC and Elyas Popa (together, "Defendants") on June 3, 2025. *See* Dkt. No. 1. Plaintiff purports to have served Defendants on June 17, 2025. *See* Dkt. Nos. 7, 8. Defendants have not appeared and appear to be in default.

    It is hereby ORDERED that if Defendants do not respond to the Complaint or appear by **November 7, 2025**, then by **November 14, 2025**, Plaintiff must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov.

    Plaintiff shall serve a copy of this Order on Defendants by first-class mail and/or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**.

    In the event Plaintiff files a motion for default judgment, Plaintiff shall serve the motion papers on Defendants by **November 18, 2025**, and shall file proof of such service by **November 20, 2025**.

    It is further ORDERED that Defendants shall file any opposition to any motion for default judgment by **November 28, 2025.**

    If this case has been settled or otherwise terminated, Plaintiff is not required to move for default, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

    However, the Court notes that in the event of a settlement and dismissal under Rule 41 of the Federal Rules of Civil Procedure, the settlement — including any proposed attorney's fee award — must be scrutinized by the Court to ensure that it is fair. *See Cheeks v. Freeport Pancake House*,

*Inc.*, 796 F.3d 199 (2d Cir. 2015) (holding that "stipulated dismissals settling FLSA claims with prejudice require the approval of the district court or the DOL to take effect").

Dated: November 3, 2025
      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge